**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**CHRISTINA KYLE**                                                                                    **PLAINTIFF**

**VS.**                                                 **CIVIL ACTION NO. 3:09cv125 DPJ-JCS**

**CHRISTOPHER EPPS, et al.**                                                        **DEFENDANTS**

**Agreed Order Granting Defendant Billy Dorsey's Motion for Summary Judgment**

This case is before the Court on Defendant Billy Dorsey's Motion for Summary Judgment [62] on the basis of qualified immunity, Eleventh Amendment Immunity and the immunity granted to individual employees under the Mississippi Tort Claims Act.

The Court has considered the memorandum and submissions of the Defendant and been informed that the Plaintiff, through counsel, does not dispute their merit.  The Court therefore finds that Defendant Dorsey's motion is well-taken and that he is entitled to summary judgment.

Defendant Dorsey's Motion for Summary Judgment is therefore GRANTED, and all of Plaintiff Christina Kyle's claims against him are DISMISSED WITH PREJUDICE.

**SO ORDERED AND ADJUDGED** this the 26th day of April, 2011.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

**AGREED AND APPROVED FOR ENTRY:**

/s/ JOHN D. WEDDLE
COUNSEL FOR PLAINTIFF
Miss. Bar No. 10023
113 Robins Street
Tupelo, MS 38804
Telephone (662) 841-2692
Facsimile  (662) 841-0292
Email: jweddle@nickels-weddle.com

/s/ L. CHRISTOPHER LOMAX
COUNSEL FOR DEFENDANT
Miss. Bar No. 103479
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
550 High Street, Suite 1100
Jackson, MS 39205
Telephone (601) 359-5654
Facsimile  (601) 359-2003
Email: cloma@ago.state.ms.us